IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LASHANNA R. DENNIS | § | |
| v. | § | CIVIL ACTION NO.6:13CV505 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Unopposed Motion To Reverse With Remand And Enter Judgment (docket entry #13) be granted and that the above-entitled case be reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the findings in the Report and Recommendation. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court. In light of the foregoing, it is

**ORDERED** that the Commissioner's Unopposed Motion To Reverse With Remand And Enter Judgment (docket entry #13) is hereby **GRANTED**. It is further

**ORDERED** that this action is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for further administrative proceedings consistent with

the findings above. It is further

**ORDERED** that any motion not previously ruled on is hereby **DENIED**.

**So ORDERED and SIGNED this 5th day of November, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**